CATHERINE M. CORFEE SBN 155064
CORFEE STONE LAW CORPORATION
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
Email: catherine@corfeestone.com
assistant@corfeestone.com

ATTORNEY FOR DEFENDANT
Everardo Angel Melendez

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MERYL POMPONIO<br><br>Plaintiff,<br><br>v.<br><br>EVERARDO ANGEL MELENDEZ, as an individual and doing business as "El Verduzco",CAPITAL VALLEY INVESTORS LLC, and DOES 1-50, Inclusive,.<br><br>EVERARDO ANGEL MELENDEZ<br><br>Cross-Claimant<br><br>v.<br><br>CAPITAL VALLEY INVESTORS LLC; PLEASANTON FITNESS LLC.; GGD OAKDALE, LLC.<br><br>Cross-Defendants | Case No.: 2:19-cv-01153-JAM-KJN<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITHOUT</u> PREJUDICE OF CROSS CLAIM AGAINST CROSS DEFENDANTS CAPITAL VALLEY INVESTORS LLC; PLEASONTON FITNESS LLC; AND GGD OAKDALE, LLC** |

Cross-Claimant Evarardo Angel Melendez hereby voluntarily dismisses his Cross-Complaint in its entirety, without prejudice, as to Cross-Defendants Capitol Valley Investors LLC; Pleasanton Fitness, LLC; and GGD Oakdale, LLC, pursuant to FRCP 41(a)(1)(A)(i). None of the Cross-Defendants have filed answers, motions for summary judgment, or any other forms of responsive pleadings.

Respectfully submitted,

Dated: September 16, 2019

CORFEE STONE LAW CORP.

_*/s Catherine M. Corfee*_
Catherine M. Corfee
Attorney for Defendant and Cross-Claimant