DANIEL MALAKAUSKAS, *Cal. Bar. No.:265903*
MALAKAUSKAS LAW, APC
7345 South Durango Drive
Suite B-107-240
Las Vegas, NV 89113
Tel: 866-790-2242 / Fax: 888-802-2440
daniel@malakauskas.com

*Attorney for Plaintiff:* ***Meryl Pomponio***

RICHARD JOHN MORIN, Cal. Bar No.:285275
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall, Suite 750
Sacramento, CA 95814
Tel: 916-333-2222 / Fax: 916- 273-8956
Email: rick@rickmorin.net

*Attorney for Defendants:* ***Everado Angel Melendez, and Capital Valley Investors LLC***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| **MERYL POMPONIO**,<br><br>Plaintiff,<br><br>v.<br><br>**EVERARDO ANGEL MELENDEZ**, as an individual and doing business as "El Verduzco", **CAPITAL VALLEY INVESTORS LLC**, and **DOES** 1-50, Inclusive,<br><br>Defendants. | Case No.: 2:19-cv-01153-JAM-KJN<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs

and attorney fees in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Date: December 8th, 2019

/s/Daniel Malakauskas______________
By: Daniel Malakauskas, of,
MALAKAUSKAS LAW, APC,
Attorney for Plaintiff

Date: December 8th, 2019

/s/Richard John Morin_______________
By: Richard John Morin, of,
LAW OFFICE OF RICK MORIN, PC,
Attorney for Defendants